149 So. 260
**STATE ex rel. A. F. NORQUIST et al. v.**
**Albert FREELAND.**
**I Div. 789.**

Supreme Court of Alabama.
June 29, 1933.

Smith & Johnston and Harry T. Smith & Caffey, all of Mobile, for appellants.

Pillans, Cowley & Gresham, Robert H. Smith, Mahorner & Mahorner, V. R. Jansen, and Lyons, Chamberlain & Courtney, all of Mobile, for appellee.

PER CURIAM.

Reversed and rendered on authority of State ex rel. Norquist et al. v. John F. Glennon, ante, p. 208, 149 So. 257.

149 So. 260
**STATE ex rel. A. F. NORQUIST et al. v.**
**Clarence V. EVANS.**
**I Div. 790.**

Supreme Court of Alabama.
June 29, 1933.

Smith & Johnston and Harry T. Smith & Caffey, all of Mobile, for appellant.

Pillans, Cowley & Gresham, Robert H. Smith, Mahorner & Mahorner, V. R. Jansen, and Lyons, Chamberlain & Courtney, all of Mobile, for appellee.

PER CURIAM.

Reversed and rendered on authority of State ex rel. Norquist v. John F. Glennon, ante, p. 208, 149 So. 257.